## Swarthmore-Rutledge Union School District Appeal.

796

Argued September 22, 1970. *F. Martin Duus,* with him *Fronefield, deFuria and Petrikin,* for appellant; *Fred Speaker,* Attorney General, with him *Patrick H. Washington,* Deputy Attorney General, for State Board of Education, appellee.

Decree and judgment affirmed.